**No. 10-6970. Vernell D. Williams, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 614, 178 L. Ed. 2d 446, 2010 U.S. LEXIS 8883.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 612 F.3d 417.